AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Massachusetts

Comcast of Southern NE, Inc.
V.
Robert Bucci

05 10949 RCL SUMMONS IN A CIVIL CASE

CASE NUMBER:

TO: (Name and address of Defendant)

Robert Bucci
461 Rogers Street
Tewksbury, MA 01876

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P. O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-0865

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAY - 9 2005

CLERK                                          DATE

(By) DEPUTY CLERK

%AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |

**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

May 17, 2005

I hereby certify and return that on 5/17/2005 at 10:20AM I served a true and attested copy of the SUMMONS, COMPLAINT, COVER SHEET, CORPORATE DISCLOSURE, CASE COVER SHEET in this action in the following manner: To wit, by leaving at the last and usual place of abode of ROBERT BUCCI, , 461 ROGERS Street Tewksbury, MA 01876 and by mailing 1st class to the above address on 5/17/2005. Attest ($10.00), Basic Service Fee ($20.00), Conveyance ($1.50), Postage and Handling ($3.00), Travel ($13.44) Total Charges $47.94

George A. Hooper
_____
Deputy Sheriff

STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                  Date                  Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.