# ROBERT T. BUCCI (SR)

May 27, 2005

To: John M McLaughlin, Green, Miles, Lipton & Fitz-Gibbon

    I am replying as requested to the summons (05 10949 rcl), received on May 17th, 2005, regarding complaint by Comcast.

    I never had a descrambler device, and never used any illegal device to view premium channels or pay per view events as stated in the summons.

    AT&T Broadband was my cable provider at the time this supposedly occurred, over 3 years ago, prior to May 13, 2002. Sometime in April(or beginning of May) 2002, I recieved a telephone call from an AT&T representative who told me the cable box I had returned a few weeks earlier had been 'tampered' with.

    The representative then said to me"you know we can take you to court and fine you $10,000 for tampering with our property" then proceeded with, "but if you send me a check for $3500 we can settle this without going to court".

    I proceeded to explain to her what had occurred with the cable box.

    I was rearranging my entertainment center, which was in wires of entanglement, and the cable box was part of it, the box fell off the top shelf to the floor. When I hooked the box in line again it was not working. I opened the cover on the cable box to check it out. I poked around a few connections but couldn't see anything broken or loose. I put the box back together and plugged it back in line but it still didn't work. I decided to return the box to AT&T, who at the time was calling me every week to return and upgrade the box because mine was "obsolete".

    I brought the box back and they gave me a replacement. I told to the girl in the service department, this replacement looks the same as my old one, which they kept telling me was obsolete. She said, it's the same type.

    This box was also not a new one(as was the one I returned). She asked me why I was returnig it and I told her it fell off the shelf, I took it apart but didn't see anything wrong, so I'm bringing it in for exchange.

    That was my explantion to the AT&T representative. I thought at the time it was a satisfactory explanation and never heard from them agiain, and that was over 3 years ago.

                                                               Sincerely yours,

                                                               Robert T. Bucci Sr.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Comcast of Southern NE, Inc.

v.

Robert Bucci

SUMMONS IN A CIVIL CASE

CASE NUMBER: 05 10949 RCL 

COPY

TO: (Name and address of Defendant)

Robert Bucci
461 Rogers Street
Tewksbury, MA 01876

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-0865

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK                                    DATE

(By) DEPUTY CLERK

## ROBERT T. BUCCI (SR)

461 Rogers st.
Tewksbury, MA 01876
Phone 978-851-5769

June 5, 2005

To: Clerk of USDC
    John Joseph Moakley U.S. Courthouse

As requested, enclosed is a copy of my answer in response to Summons #05 10949 rcl, received May 17, 2005. Original sent to Attorney John M. Mclaughlin, May 27th, 2005.

Sincerely,

Robert T. Bucci (Sr)