UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **Comcast of Southern New England, Inc.** | ) | Case No.: 1:05-cv-10949-RCL |
| | ) | |
| Plaintiff | ) | **PLAINTIFF'S ASSENTED TO MOTION** |
| | ) | **TO POSTPONE SCHEDULING** |
| vs. | ) | **CONFERENCE** |
| | ) | |
| **Robert Bucci** | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

Now comes the Plaintiff and, at the request of and with the assent of the Defendant, it moves this Court to postpone the scheduling conference presently scheduled for October 17, 2005 to some date certain at least three weeks from this date.

As grounds for this Motion, the Plaintiff's Counsel states that:

1. Plaintiff's Counsel had been in contact with the Defendant in order to confer on scheduling issues. Defendant informed Plaintiff's Counsel that he has now obtained legal representation. Specifically, the Defendant stated that Attorney Gregory Oberhauser would be his Counsel for this action;

2. Plaintiff's Counsel spoke with Attorney Oberhauser who stated:

    a. He had recently been retained by the Defendant;

    b. He had a conflict for the October 17 date;

    c. He needed more time to confer with his client regarding scheduling

    d. He intended to file an appearance and a Motion to Postpone the October 17 conference by Thursday, October 13 at the latest.

3. Plaintiff's Counsel assented to the Motion to Postpone.

4. On this date staff from Attorney Oberhauser's office informed Plaintiff's Counsel that Attorney Oberhauser was out of the office on a lengthy matter

that would take him through Monday.  Specifically, the staff stated that Attorney Oberhauser is meeting with officials from the Federal Bureau of Investigation, the Securities and Exchange Commission, and Attorney Oberhauser's client, Mr. Brad Bleidt at the Middleton, Massachusetts Jail facility.

5. Attorney Oberhauser's staff requested that Plaintiff's Counsel make this Motion.  Accordingly, the Plaintiff makes this Motion to Postpone for the reasons set forth herein.

                                  Respectfully Submitted for the Plaintiff
                                  By its Counsel

10/14/2005                         /s/ John M. McLaughlin
Date                                  John M. McLaughlin
                                       **Green, Miles, Lipton & Fitz-Gibbon LLP**
                                       77 Pleasant Street
                                       P.O. Box 210
                                       Northampton, MA 01061-0210

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Southern New England, Inc.**  ) | Case No.: 1:05-cv-10949-RCL |
| ) | |
| Plaintiff  ) | **AFFIDAVIT OF PLAINTIFF'S** |
| ) | **ATTORNEY IN SUPPORT OF** |
| vs.  ) | **ASSENTED TO MOTION TO POSTPONE** |
| ) | **SCHEDULING CONFERENCE** |
| **Robert Bucci**  ) | |
| ) | |
| Defendant  ) | |
| ) | |

Now comes the affiant, and makes this his sworn statement, under the pains and penalties of perjury, of his own personal knowledge.

### FACTUAL ASSERTIONS

1. I am Counsel for the Plaintiff in this action.

2. I had been in contact with the Defendant in order to confer on scheduling issues. Defendant informed me that he has now obtained legal representation. Specifically, the Defendant stated that Attorney Gregory Oberhauser would now be his counsel in this action.

3. I spoke with Attorney Oberhauser who stated:

    a. He had recently been retained by the Defendant;

    b. He had a conflict for the October 17 date;

    c. He needed more time to confer with his client regarding scheduling

    d. He intended to file an appearance and a Motion to postpone the October 17 conference by Thursday, October 13 at the latest.

4. I assented to the motion to postpone.

5. Today I spoke with staff from Attorney Oberhauser's office who informed me that Attorney Oberhauser's was out of the office on a lengthy matter that would take him through Monday. Specifically the staff stated that Attorney Oberhauser is meeting with officials from the Federal Bureau of Investigation, the Securities and Exchange Commission and Attorney Oberhauser's client, Mr. Brad Bleidt at the Middleton, Massachusetts Jail facility.

6. Attorney Oberhauser's staff requested that I make the Motion to postpone and I agreed to do so.

Subscribed and sworn to under the pains and penalties of perjury

| 10/14/05 | /s/ John M. McLaughlin |
|---|---|
| Date | John M. McLaughin, Esq. |