**CERTIFICATE OF SERVICE**

    I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that I have on the 17th, day of October, 2005, served a copy of the Motion to Continue and the supporting Affidavit, via first class mail, postage prepaid, to the following:

Gregory Oberhauser
10 George Street
Lowell, MA 01852-2293

Robert Bucci
461 Rogers Street
Tewksbury, MA 01876

                                        /s/ John M. Mclaughlin
                                        John M. McLaughlin